**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALEXANDER CONTEE HALL, | ) | NO. CV 10-7220-MMM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| L.S. McEWEN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 6, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE